UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GEORGE ARRIGO, | Case No. CV 15-984 R(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| JACK FOX, Warden, | |
| Respondent. | |

In accordance with the Court's Memorandum Opinion and Order Dismissing Petition for Writ of Habeas Corpus, IT IS HEREBY ADJUDGED that Petition for Writ of Habeas Corpus filed in this action is dismissed.

IT IS SO ADJUDGED.

DATED: September 18. 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE